AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
RICHARD W. NAGEL
CLERK OF COURT

4/21/2023

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Package Tracking Number 9505515073193109469026 postmarked April 19, 2023

Case No. 3:23-mj-163

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505515073193109469026, addressed to M.Kauwzi/ Ohio Bull Kennels Dba. 617 Gramont Ave. Dayton Ohio, 45402 with a return of Att:Best Bully/Returns Department 5701 Eastport Boulevard Richmond, VA 23231.

located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Joseph L. Rossiter*
Applicant's signature

Joseph L. Rossiter, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means)*.

Date: 4/21/23

City and state: Dayton, Ohio

Judge's signature

U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505515073193109469026 | Case No. 3:23-mj-163<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph L. Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Criminal Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Criminal Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery

1

address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3.  On April 21, 2023, Postal Inspectors intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail brown box, bearing tracking number 9505515073193109469026, postmarked April 19, 2023, with the following address information:

**Sender:** Att: Best Bully/ Returns Department
5701 Eastport Boulevard
Richmond, VA 23231

**Addressee:** M.Kauwzi/ Ohio Bull Kennels Dba.
617 Gramont Ave.
Dayton Ohio, 45402

I also observed an excessive amount of taping upon the Package. Also, according to Postal Records, the Package was shipped from the Reseda, California United States Postal Office, not the listed Sender's location of Richmond, VA. Reseda is a neighborhood in the San Fernando Valley region of Los Angeles, California. Through law enforcement training and experience I know that Southern California is known drug source location.

4.  I performed a check in the CLEAR database for the addressee's information on the Package of "M.Kauwzi/ Ohio Bull Kennels Dba. 617 Gramont Ave. Dayton Ohio, 45402." CLEAR is a law enforcement database that is used as a tool by investigators designed to link subjects to a particular address. According to CLEAR, there is no "M. Kauwzi" or business "Ohio Bull Kennels Dba." associated with 617 Gramont Ave, Dayton, OH 45402.

5.  I also performed a check in CLEAR for the sender's information listed on the Package of "Att:Best Bully/ Returns Department 5701 Eastport Boulevard Richmond, VA 23231."

According to CLEAR, "Best Bully/Returns Department" is associated with 5701 Eastport Boulevard, Richmond, VA 23231. Through law enforcement training and experience as a Postal Inspector I know that the Package was not shipped in common practice of a normal business-related package. For example, the package was shipped from California and destined for "M.Kauwzi/ Ohio Bull Kennels Dba. 617 Gramont Ave. Dayton Ohio, 45402". There is no such name of M. Kauwzi associated with this address, and Ohio Bull Kennels Dba. is not a registered business with the Ohio Secretary of State.

6. On April 21, 2023, at my request, Hamilton County Sheriff's Office Detective William Poole conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area, amongst similar and like packages, and presented to narcotics-detection canine, "Akim." As set forth in the attached affidavit of Detective Poole, "Akim" alerted positively for the presence or odor of a narcotic or other controlled substance. "Akim" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and the actual origin of the Package, (ii) no known current association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of, and consistent with Drugs and/or Proceeds being present in the Package.

Therefore, I respectfully request a search warrant to be issued authorizing the opening of the Package.

///

///

///

///

///

Respectfully submitted,

*Joseph L. Rossiter*
Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 21st day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Detective **William Poole**, am and have been employed by the **Hamilton County Sheriff's Office** since 3/25/2004. Among other duties, I am currently the assigned handler of narcotics detection canine "**Akim**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On 4/21/23 at the request of Postal Inspector **ROSSITER**, I responded to the USPIS Cincinnati where "**Akim**" did alert to and indicate upon: [describe item]

9505515073193109469025
Att: Best Bully / Returns Department
5701 Eastport Boulevard
Richmond, VA 23231

M. Kawuzi / Ohio Bull Kennels llc
617 Gramont Ave.
Dayton Ohio, 45402

Which, based upon my training and experience and that of "**Akim**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ #148
(Signature, Badge #, and Date)

_____ 4/21/23
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009